## VERIFICATION OF WENDUO GUO

  I, Wenduo Guo, am a plaintiff in this action. I have reviewed the allegations made in the Verified Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. As to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:   2/14/2025

*/s/ Wenduo Guo*
DocuSigned by: 80CB6E8B288F41C
Wenduo Guo